**GLENAYRE ELECTRONICS, INC.,**
**Plaintiff/Counterclaimant**
**Defendant–Appellee,**

and

**Primeco Personal Communications,**
**L.P., Counterclaimant**
**Defendant,**

v.

**Philip JACKSON,**
**Defendant/Counterclaimant–Appellant.**

No. 02–1537.

United States Court of Appeals,
Federal Circuit.

May 29, 2003.

*ORDER*

Upon consideration of Philip Jackson's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.